# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

DEBORAH L. COOK
CIRCUIT JUDGE

TELEPHONE
(330) 375-5412



July 5, 2007

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle NE
Washington, D.C. 20544

RE:    Amended 2006 Financial Disclosure Report    —

Dear Judge Smith,

Regarding the enclosed Amended Financial Disclosure Report, my accountant has corrected the items mentioned in your June 14, 2007 letter.  Thank you for the advice and assistance in making those corrections.

With respect to page 4, lines 4-6, and page 6, line 38, you stated that the value and value method codes should be provided in Column C.  However, according to the filing instructions on pages 48-50, Column C should be left blank if the asset was sold by the end of the reporting period.  Therefore, Column C for those particular lines has been left blank because all shares were sold by the end of the reporting period.

Thank you.

Sincerely



Deborah Cook
DC:law
Enclosures

433 U.S. COURTHOUSE, 2 SOUTH MAIN ST., AKRON, OH 44308

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Cook, Deborah L | 2. Court or Organization<br><br>U.S. Court of Appeals, 6th Cir | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>433 U.S. Courthouse<br>2 South Main Street<br>Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Collegescholars, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 JUN -9 A 10: 30 DISCLOSURE FINANCIAL OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am eligible for State of Ohio retirement benefits. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real estate partnership held by Keogh | D | Int./Div. | M | W | | | | | |
| 2. Industrial building paying rent | E | Interest | M | W | | | | | |
| 3. National City Bank Account | C | Interest | K | W | | | | | |
| 4. Cash Account Legg Mason | A | Interest | | | | | | | |
| 5. Legg Mason Cash Reserve Trust | A | Interest | | | | | | | |
| 6. Cash Account Smith Barney (X) | A | Int./Div. | | | | | | | |
| 7. Citibank NA Bank Deposit Program (X) | C | Int./Div. | L | T | | | | | |
| 8. CSCO Common | | None | | | Sold | 1/09 | N | G | |
| 9. Ishares MSCI EAFE Index Fund | D | Dividend | N | T | Sold-Partial | 3/27 | | D | |
| 10. Ishares MSCI EAFE Index Fund | | | | | Sold-Partial | 4/13 | | B | |
| 11. Ishares MSCI EAFE Index Fund | | | | | Sold-Partial | 5/01 | | D | |
| 12. Ishares MSCI Emerging Market | C | Dividend | N | T | Sold-Partial | 3/27 | | E | |
| 13. Ishares MSCI Emerging Market | | | | | Sold-Partial | 4/13 | | B | |
| 14. Ishares MSCI Emerging Market | | | | | Sold-Partial | 5/01 | | D | |
| 15. Ishares MSCI Emerging Market | | | | | Sold-Partial | 12/07 | | C | |
| 16. Ishares Trust - S&P 600 | B | Dividend | M | T | Sold-Partial | 3/27 | | D | |
| 17. Ishares Trust - S&P 600 | | | | | Sold-Partial | 12/07 | | D | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. S&P Midcap 400 | B | Dividend | M | T | Sold-Partial | 3/27 | | D | |
| 19. S&P Midcap 400 | | | | | Sold-Partial | 12/07 | | D | |
| 20. Vanguard Sector Index REIT Viper | D | Dividend | | | Sold | 2/27 | O | F | |
| 21. Vanguard Index Trust Total Stock Market ETF | D | Dividend | N | T | Sold | 4/13 | K | B | |
| 22. Vanguard Index Trust Total Stock Market ETF | | | | | Sold | 6/14 | K | C | |
| 23. Vanguard Index Trust Total Stock Market ETF | | | | | Buy | 11/03 | K | | |
| 24. Rydex S&P Equal Weight ETF | B | Dividend | M | T | Buy | 3/27 | | | |
| 25. Rydex S&P Equal Weight ETF | | | | | Sold-Partial | 9/05 | | | |
| 26. IRA #1 | F | Int./Div. | P1 | T | | | | | |
| 27. -Western Asset High Income Opp Fd (formerly High Inc Opp Fd) | | | | | Sold | 3/27 | K | | |
| 28. -Ishares Lehman Agg Bond Fund | | | | | Sold | 3/27 | K | | |
| 29. -Rydex S&P Equal Weight ETF | | | | | Buy | 3/27 | M | | |
| 30. -Morgan Stanley India Investment Fund | | | | | Buy | 11/20 | L | | |
| 31. -Morgan Stanley India Investment Fund | | | | | Sold | 12/26 | K | | |
| 32. -Barclays Bank PLC Ipath ETNS LKD MSCI India Return Index | | | | | Buy | 12/26 | L | | |
| 33. -Ishares Xinhau China 25 Fund | | | | | | | | | |
| 34. -Pharmaceutical Holders Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 36.   -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 37.   -Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 38.   -Cash Account Legg Mason | A | Interest | | | | | | | |
| 39.   IRA #2 | E | Int./Div. | O | T | | | | | |
| 40.   -Western Asset High Inc Opp Fund<br>(formerly High Inc Opp Fd) | | | | | Sold | 3/27 | J | | |
| 41.   -Ishares Lehman Agg Bond Fund | | | | | Sold | 3/27 | J | | |
| 42.   -Ishares Xinhau China 25 | | | | | | | | | |
| 43.   -Pharmaceutical HoldersTrust | | | | | | | | | |
| 44.   -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 45.   -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 46.   -Rydex S&P Equal Weight | | | | | Bought | 3/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - Collegescholars, Inc. is a charitable trust.  The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date___ 7/6/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cook, Deborah L | 2. Court or Organization<br><br>U.S. Court of Appeals, 6th Cir | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>433 U.S. Courthouse<br>2 South Main Street<br>Akron, OH 44308 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Collegescholars, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2007 MAY 14 P 12: 13 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | I am eligible for State of Ohio retirement benefits. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real estate partnership held by Keogh | D | Int./Div. | M | W | | | | | |
| 2. Industrial building paying rent | E | Interest | M | W | | | | | |
| 3. National City Bank Account | C | Interest | K | W | | | | | |
| 4. Cash Account Legg Mason | A | Interest | | | | | | | |
| 5. Legg Mason Cash Reserve Trust | A | Interest | | | | | | | |
| 6. Cash Account Smith Barney | A | Int./Div. | | | | | | | |
| 7. Citibank NA Bank Deposit Program | C | Int./Div. | L | T | | | | | |
| 8. CSCO Common | | | | | Sold | 1/09 | N | G | |
| 9. Ishares MSCI EAFE Index Fund | D | Dividend | N | T | Sold | 3/27 | L | D | |
| 10. Ishares MSCI EAFE Index Fund | | | | | Sold | 4/13 | J | B | |
| 11. Ishares MSCI EAFE Index Fund | | | | | Sold | 5/01 | K | D | |
| 12. Ishares MSCI Emerging Market | C | Dividend | N | T | Sold | 3/27 | K | E | |
| 13. Ishares MSCI Emerging Market | | | | | Sold | 4/13 | K | B | |
| 14. Ishares MSCI Emerging Market | | | | | Sold | 5/01 | K | D | |
| 15. Ishares MSCI Emerging Market | | | | | Sold | 12/07 | J | C | |
| 16. Ishares Trust - S&P 600 | B | Dividend | M | T | Sold | 3/27 | K | D | |
| 17. Ishares Trust - S&P 600 | | | | | Sold | 12/07 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Rep●rting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. S&P Midcap 400 | B | Dividend | M | T | Sold | 3/27 | K | D | |
| 19. S&P Midcap 400 | | | | | Sold | 12/07 | K | D | |
| 20. Vanguard Sector Index REIT Viper | D | Dividend | | | Sold | 2/27 | O | F | |
| 21. Vanguard Index Trust Total Stock Market ETF | D | Dividend | N | T | Sold | 4/13 | K | B | |
| 22. Vanguard Index Trust Total Stock Market ETF | | | | | Sold | 6/14 | K | C | |
| 23. Vanguard Index Trust Total Stock Market ETF | | | | | Buy | 11/03 | K | | |
| 24. Rydex S&P Equal Weight ETF | B | Dividend | M | T | Buy | 3/27 | M | | |
| 25. Rydex S&P Equal Weight ETF | | | | | Sold | 9/05 | L | | |
| 26. IRA #1 | F | Int./Div. | P1 | T | | | | | |
| 27. -Western Asset High Income Opp Fd (formerly High Inc Opp Fd) | | | | | Sold | 3/27 | K | | |
| 28. -Ishares Lehman Agg Bond Fund | | | | | Sold | 3/27 | K | | |
| 29. -Rydex S&P Equal Weight ETF | | | | | Buy | 3/27 | M | | |
| 30. -Morgan Stanley India Investment Fund | | | | | Buy | 11/20 | L | | |
| 31. -Morgan Stanley India Investment Fund | | | | | Sold | 12/26 | K | | |
| 32. -Barclays Bank PLC Ipath ETNS LKD MSCI India Return Index | | | | | Buy | 12/26 | L | | |
| 33. -Ishares Xinhau China 25 Fund | | | | | | | | | |
| 34. -Pharmaceutical Holders Trust | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market

   Q =Appraisal    V =Other    S =Assessment

   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 36.  -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 37.  -Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 38.  -Cash Account Legg Mason | A | Interest | | | | | | | |
| 39.  IRA #2 | E | Int./Div. | O | T | | | | | |
| 40.  -Western Asset High Inc Opp Fund (formerly High Inc Opp Fd) | | | | | Sold | 3/27 | J | | |
| 41.  -Ishares Lehman Agg Bond Fund | | | | | Sold | 3/27 | J | | |
| 42.  -Ishares Xinhau China 25 | | | | | | | | | |
| 43.  -Pharmaceutical Holders Trust | | | | | | | | | |
| 44.  -US Treas Notes Inflation 1.625 | | | | | | | | | |
| 45.  -US Treas Notes Inflation 1.875 | | | | | | | | | |
| 46.  -Rydex S&P Equal Weight | | | | | Bought | 3/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - Collegescholars, Inc. is a charitable trust.  The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                                                   Date    5/11/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544